1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   JUSTIN L. LEE
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

**FILED**

SEP 05 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

6
7  Attorneys for Plaintiff
   United States of America

8            IN THE UNITED STATES DISTRICT COURT
9            EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-155-GEB
12 | Plaintiff, | 18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer (2 Counts); 18 U.S.C. § 924(c)(1)(A) – Discharge of a Firearm During and in Relation to a Crime of Violence; 18 U.S.C. § 924(c)(1)(A) – Brandishing a Firearm During and in Relation to a Crime of Violence; 21 U.S.C. § 860(a) – Possession with Intent to Distribute Methamphetamine Near a School; 21 U.S.C. § 860a – Possession with Intent to Distribute Methamphetamine on a Premises where Children are Present and Reside; 18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime (2 Counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm (2 Counts); 26 U.S.C. § 5861(d) – Possession of an Unregistered Destructive Device; 26 U.S.C. § 5861(d) – Possession of an Unregistered Short-Barreled Machinegun (2 Counts); 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture
13 | v. |
14 | JASON RAYSEAN BROADBENT, |
15 | Defendant. |

INDICTMENT

1

# INDICTMENT

COUNT ONE: [18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer]

The Grand Jury charges: T H A T

JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, in Sacramento County, State and Eastern District of California, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with James Soper and Jason Slosson, Special Agents of the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives, while Special Agents Soper and Slosson were engaged in the performance of their official duties and, in doing so, used a deadly and dangerous weapon, specifically, a Glock Model 27 .40 caliber semi-automatic pistol, with serial number DKV515, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

COUNT TWO: [18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer]

The Grand Jury further charges: T H A T

JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, in Sacramento County, State and Eastern District of California, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Jon Judkins, a Special Agent of the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives, while Special Agent Judkins was engaged in the performance of his official duties and, in doing so, used a deadly and dangerous weapon, specifically, a Glock Model 27 .40 caliber semi-automatic pistol, with serial number DKV515, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

COUNT THREE: [18 U.S.C. § 924(c)(1)(A) – Discharge of a Firearm During and in Relation to a Crime of Violence]

The Grand Jury further charges: T H A T

JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, in Sacramento County, State and Eastern District of California, did, during and in relation to a crime of violence that can be prosecuted in a Court of the United States, specifically, assault on a federal officer, as alleged in Count One of this Indictment,

knowingly discharge a firearm, specifically, a Glock Model 27 .40 caliber semi-automatic pistol, with serial number DKV515, in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT FOUR: [18 U.S.C. § 924(c)(1)(A) – Brandishing a Firearm During and in Relation to a Crime of Violence]

The Grand Jury further charges: T H A T

JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, in Sacramento County, State and Eastern District of California, did, during and in relation to a crime of violence that can be prosecuted in a Court of the United States, specifically, assault on a federal officer, as alleged in Count Two of this Indictment, knowingly brandish a firearm, specifically, a Glock Model 27 .40 caliber semi-automatic pistol, with serial number DKV515, in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT FIVE: [21 U.S.C. § 860(a) – Possession with Intent to Distribute Methamphetamine Near a School]

The Grand Jury further charges: T H A T

JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, at 3972 17th Avenue, City and County of Sacramento, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, within 1,000 feet of the real property comprising a private secondary school, located at 4315 Martin Luther King Jr. Boulevard, in Sacramento, California, in violation of Title 21 United States Code, Section 860(a).

COUNT SIX: [21 U.S.C. § 860a – Possession with Intent to Distribute Methamphetamine on a Premises where Children are Present and Reside]

The Grand Jury further charges: T H A T

JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, at 3972 17th Avenue, City and County of Sacramento, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II Controlled Substance, as alleged in Count Five of this

INDICTMENT

3

1  Indictment, on premises in which an individual who was under the age of 18 years was present and
2  resided, in violation of Title 21 United States Code, Section 860a.

3  COUNT SEVEN: [18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of Drug
   Trafficking Crime]
4
5  The Grand Jury further charges: T H A T

6                          JASON RAYSEAN BROADBENT,

7  defendant herein, on or about November 19, 2015, in Sacramento County, State and Eastern District of
8  California, did, in furtherance of a drug trafficking crime that can be prosecuted in a Court of the United
9  States, specifically, possession with intent to distribute methamphetamine near a school, as alleged in
10 Count Five of this Indictment, knowingly possess a firearm, specifically, a Glock Model 27 .40 caliber
11 semi-automatic pistol, with serial number DKV515, in violation of Title 18, United States Code, Section
12 924(c)(1)(A).

13 COUNT EIGHT: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

14 The Grand Jury further charges: T H A T

15                         JASON RAYSEAN BROADBENT,

16 defendant herein, on or about November 19, 2015, at 2231 16th Avenue, City and County of
17 Sacramento, State and Eastern District of California, did knowingly and intentionally possess with intent
18 to distribute at least 500 grams of a mixture and substance containing a detectable amount of
19 methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code,
20 Section 841(a)(1).

21 COUNT NINE: [18 U.S.C. §§ 924(c)(1)(A) and (c)(1)(B) – Possession of a Firearm in Furtherance of a
   Drug Trafficking Crime]
22
23 The Grand Jury further charges: T H A T

24                         JASON RAYSEAN BROADBENT,

25 defendant herein, on or about November 19, 2015, in Sacramento County, State and Eastern District of
26 California, did, in furtherance of a drug trafficking crime that can be prosecuted in a Court of the United
27 States, specifically, possession with intent to distribute methamphetamine, as alleged in Count Eight of
28 this Indictment, knowingly possess a firearm, specifically:

INDICTMENT            4

(1) A machinegun and short-barreled rifle, namely, a loaded black AR-15 style rifle with a 9-inch barrel, no serial number, and a lightning link;

(2) A machinegun and short-barreled rifle, namely, an unloaded black AR-15 style rifle with a 9-inch barrel, no serial number, and a lightning link; and

(3) A loaded black .45 caliber M&P semi-automatic pistol, with serial number HPH0244,

in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (c)(1)(B).

COUNT TEN: [18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm]

The Grand Jury further charges: T H A T

JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, at 3972 17th Avenue, City and County of Sacramento, State and Eastern District of California, knowing that be had been convicted of a crime punishable by a term of imprisonment exceeding one year, that is:

(1) Cruelty to Animals, in violation of California Penal Code Section 597(a), on or about July 9, 2001, in Sacramento County, California;

(2) Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(a)(1), on or about August 4, 2006, in Sacramento County, California; and

(3) Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), on or about November 20, 2013, in Sacramento County, California;

did knowingly possess a firearm, specifically:

(1) A Glock Model 27 .40 caliber semi-automatic pistol, with serial number DKV515;

(2) A silver Ruger SP101 .357 caliber revolver, with serial number 573-27701; and

(3) A black Ruger LCP semi-automatic pistol, with serial number 371219519;

in and affecting commerce, in that said firearms had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT ELEVEN: [18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm]

The Grand Jury further charges: T H A T

JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, at 2231 16th Avenue, City and County of

Sacramento, State and Eastern District of California, knowing that be had been convicted of a crime punishable by a term of imprisonment exceeding one year, that is:

 (1) Cruelty to Animals, in violation of California Penal Code Section 597(a), on or about July 9, 2001, in Sacramento County, California;

 (2) Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(a)(1), on or about August 4, 2006, in Sacramento County, California; and

 (3) Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), on or about November 20, 2013, in Sacramento County, California,

did knowingly possess a firearm, specifically, a black .45 caliber M&P semi-automatic pistol, with serial number HPH0244, in and affecting commerce, in that said firearms had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWELVE: [26 U.S.C. § 5861(d) – Possession of an Unregistered Destructive Device]

 The Grand Jury further charges: T H A T

      JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, at 3972 17th Avenue, City and County of Sacramento, State and Eastern District of California, did knowingly possess a firearm, as defined in 26 U.S.C. § 5845(a)(8) and (f), not registered to him in the National Firearms Registration and Transfer Record, specifically, a pipe bomb, in violation of Title 26, United States Code, Section 5861(d).

COUNT THIRTEEN: [26 U.S.C. § 5861(d) – Possession of an Unregistered Short-Barreled Machinegun]

 The Grand Jury further charges: T H A T

      JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, at 2231 16th Avenue, City and County of Sacramento, State and Eastern District of California, did knowingly possess a firearm, as defined in 26 U.S.C. § 5845(a)(6) and (b), not registered to him in the National Firearms Registration and Transfer Record, specifically, a loaded black AR-15 style rifle with a 9-inch barrel, no serial number, and a lightning link (making it a machinegun), in violation of Title 26, United States Code, Section 5861(d).

///

INDICTMENT        6

1 COUNT FOURTEEN: [26 U.S.C. § 5861(d) – Possession of an Unregistered Short-Barreled Machinegun]

The Grand Jury further charges: T H A T

JASON RAYSEAN BROADBENT,

defendant herein, on or about November 19, 2015, at 2231 16th Avenue, City and County of Sacramento, State and Eastern District of California, did knowingly possess a firearm, as defined in 26 U.S.C. § 5845(a)(6) and (b), not registered to him in the National Firearms Registration and Transfer Record, specifically, an unloaded black AR-15 style rifle with a 9-inch barrel, no serial number, and a lightning link (making it a machinegun), in violation of Title 26, United States Code, Section 5861(d).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts Three, Four, Seven, Nine, Ten, and Eleven of this Indictment, defendant JASON RAYSEAN BROADBENT shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

2. Upon conviction of one or more of the offenses alleged in Counts Five, Six, and Eight of this Indictment, defendant JASON RAYSEAN BROADBENT shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

   a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Sections 841(a)(1), 860(a), or 860a, for which defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

   b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which defendant is convicted.

///

INDICTMENT       7

3. Upon conviction of one or more of the offenses alleged in Counts Twelve through Fourteen of this Indictment, defendant JASON RAYSEAN BROADBENT shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Title 49, United States Code, Section 80303, any firearms involved in the commission of the offenses; any property used, or intended to be used in the commission of the offenses; and any aircraft, vehicle, or vessel involved in the commission of the offenses.

4. If any property subject to forfeiture, as a result of the offenses alleged in Counts Three through Fourteen of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

INDICTMENT 8

No. 2:19-CR-155-GEB

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

JASON RAYSEAN BROADBENT

## I N D I C T M E N T

**VIOLATION(S):**
18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer (2 Counts);
18 U.S.C. § 924(c)(1)(A) – Discharge of a Firearm During and in Relation to a Crime of Violence;
18 U.S.C. § 924(c)(1)(A) – Brandishing a Firearm During and in Relation to a Crime of Violence;
21 U.S.C. § 860(a) – Possession with Intent to Distribute Methamphetamine Near a School;
21 U.S.C. § 860a – Possession with Intent to Distribute Methamphetamine on a Premises where Children are Present and Reside;
18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime (2 Counts);
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine;
18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm (2 Counts);
26 U.S.C. § 5861(d) – Possession of an Unregistered Destructive Device;
26 U.S.C. § 5861(d) – Possession of an Unregistered Short-Barreled Machinegun (2 Counts);
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture

*A true bill,*   **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* Sept 5 *day of* September *, A.D. 20* 19

*Clerk.*

*Bail, $* **NO BAIL WARRANT PENDING HEARING**

GPO 863 525

## United States v. Jason Raysean Broadbent
## Penalties for Indictment

### COUNTS 1-2:

VIOLATION:   18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer Using a Deadly or Dangerous Weapon

PENALTIES:   Not more than 20 years in prison; or
Not more than $250,000 fine or both
A three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 3:

VIOLATION:   18 U.S.C. § 924(c)(1)(A) – Discharge of a Firearm During and in Relation to a Crime of Violence

PENALTIES:   Mandatory minimum of 10 years in prison (on each count) and a maximum of up to life in prison, which shall run consecutively to any other term of imprisonment imposed;
Fine of up to $250,000, or both fine and imprisonment;
Term of Supervised release of up to five years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 4:

VIOLATION:   18 U.S.C. § 924(c)(1)(A) – Brandishing a Firearm During and in Relation to a Crime of Violence

PENALTIES:   Mandatory minimum of 7 years in prison and a maximum of up to life in prison, which shall run consecutively to any other term of imprisonment imposed;
Fine of up to $250,000, or both fine and imprisonment;
Term of Supervised release of up to five years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNT 5:

VIOLATION:   21 U.S.C. § 860(a) - Possession with Intent to Distribute at least 500 Grams of a Mixture and Substance Containing Methamphetamine Within 1,000 Feet of a School

PENALTIES:   Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $20,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNT 6:

VIOLATION:   21 U.S.C. § 860a - Possession with Intent to Distribute Methamphetamine on a Premises where Children are Present and Reside

PENALTIES:   Not more than 20 years in prison, but any prison term will run consecutive to any other sentence imposed; or
Fine of up to $250,000; or both fine and imprisonment
A three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNT 7:

VIOLATION:   18 U.S.C. §§ 924(c)(1)(A) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime

PENALTIES:   Mandatory minimum of 5 years in prison and a maximum of up to life in prison, and any sentence imposed for a violation of this section shall run consecutively to any other term of imprisonment imposed;
Fine of up to $250,000, or both fine and imprisonment;
Term of Supervised release of up to five years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNT 8:

VIOLATION:   21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute at least 500 Grams of a Mixture and Substance Containing Methamphetamine

PENALTIES:   Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNT 9:

VIOLATION:   18 U.S.C. §§ 924(c)(1)(A) and (c)(1)(B) – Possession of Firearms in Furtherance of a Drug Trafficking Crime

PENALTIES:   Mandatory minimum of 30 years in prison and a maximum of up to life in prison if found to possess a machine gun; mandatory minimum of 10 years in prison and a maximum of up to life in prison if found to possess a short-barreled rifle; mandatory minimum of 5 years in prison and a maximum of up to life in prison if found to possess a pistol. Any sentence imposed for a violation of this section shall run consecutively to any other term of imprisonment imposed;
Fine of up to $250,000, or both fine and imprisonment;
Term of Supervised release of up to five years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNTS 10-11:

VIOLATION:   18 U.S.C. § 922(g) - Felon in possession of firearms

PENALTIES:   Not more than 120 months,
Not more than $250,000 fine or both
A three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNT 12:

VIOLATION:     26 U.S.C. § 5861(d) – Possessing an Unregistered Destructive Device

PENALTIES:     Not more than 120 months,
               Not more than $10,000 fine or both
               A three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNTS 13-14:

VIOLATION:     26 U.S.C. § 5861(d) – Possessing an Unregistered Short-Barreled Machinegun

PENALTIES:     Not more than 120 months,
               Not more than $10,000 fine or both
               A three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## FORFEITURE ALLEGATION:

VIOLATION:     21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture
PENALTIES:     As stated in the charging document