# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JASON RAYSEAN BROADBENT,**<br><br>Defendant. | CR NO: 2:19-CR-00155 GEB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:  Jason Raysean Broadbent

Detained at  Substance Abuse Treatment Facility and State Prison, Corcoran

Detainee is:  a.)  ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:  Assault on a federal officer with a firearm; and other drug trafficking and firearms crimes

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings

or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary as soon as practicable in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ David W. Spencer |
| Printed Name & Phone No: | Assistant U.S. Attorney David W. Spencer, 916-554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any federal officer, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  September 10, 2019

*an Clre*

Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒Male | ☐Female |
| Booking or CDC #: | CDCR No. BF8522 | | |
| Facility Address: | 900 Quebec Avenue, Corcoran, CA 93212 | | |
| Facility Phone: | 559-992-7100 | | |
| Currently | In custody of the State of California | | |

## RETURN OF SERVICE

Executed on: _____   _____
(signature)