McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-155-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JASON RAYSEAN BROADBENT, | DATE: December 6, 2019 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 6, 2019.

2. By this stipulation, defendant now moves to continue the status conference until January 31, 2020, and to exclude time between December 6, 2019, and January 31, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case to date includes approximately 4,863 pages of documents as well as many hours of audio files of recorded interviews. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

    b)  Counsel for defendant desires additional time review this discovery, consult with their client, conduct investigation and research, and otherwise prepare for trial.

    c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The government does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2019 to January 31, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 3, 2019          MCGREGOR W. SCOTT
                       United States Attorney

                       /s/ DAVID W. SPENCER
                       DAVID W. SPENCER
                       JUSTIN L. LEE
                       Assistant United States Attorneys

Dated: December 3, 2019                    /s/ LEXI NEGIN
                                           LEXI NEGIN
                                           JEROME PRICE
                                           Counsel for Defendant
                                           JASON RAYSEAN
                                           BROADBENT


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 5, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge