IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-155 KJM |
| Plaintiff, | |
| vs. | **RELEASE ORDER** |
| JASON BROADBENT, | |
| Defendant. | |

IT IS HEREBY ORDERED, having reviewed and considered the Defendant's unopposed request, that defendant JASON RAYSEAN BROADBENT shall be returned to the custody of the California Department of Corrections and Rehabilitation ("CDCR") until such time as (1) this Court orders his return to federal custody for proceedings in this case or (2) CDCR determines that he is to be paroled or otherwise released from state custody, whichever is earlier. If the defendant is to be paroled or otherwise released from state custody, the United States Marshal shall return the defendant to federal custody pursuant to the Court's October 10, 2019 Order of Detention Pending Trial (ECF No. 8).

DATED: January 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE