PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON RAYSEAN BROADBENT,<br><br>Defendant. | CASE NO. 2:19-CR-155-KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 10, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 10, 2022.

2. By this stipulation, defendant now moves to continue the status conference until April 4, 2022, and to exclude time between January 10, 2022, and April 4, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case to date includes approximately 4,863 pages of documents as well as many hours of audio files of recorded interviews and approximately 183 recordings of intercepted phone calls. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant requires additional time to review this extensive discovery, to allow a defense expert to review and analyze the pertinent evidence, to consult with experts, to consult with their client regarding his potential defenses and options for responding to the charges in this case, to conduct defense investigation and research, and otherwise to prepare for trial.

   c) Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2022 to April 4, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 4, 2022                       PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ DAVID W. SPENCER
                                             DAVID W. SPENCER
                                             Assistant United States Attorney

Dated: January 4, 2022                       /s/ JEROME PRICE
                                             LEXI NEGIN
                                             JEROME PRICE
                                             Counsel for Defendant
                                             JASON RAYSEAN BROADBENT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED. The status conference set for January 10, 2022 is vacated and reset for April 4, 2022, at 9:00 a.m., time between January 10, 2022, and April 4, 2022, is excluded.

DATED: January 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE