HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
JEROME PRICE, #282400
First Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JASON RAYSEAN BROADBENT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON RAYSEAN BROADBENT, <br><br> Defendant. | Case No. 2:19-cr-00155-DJC <br><br> **SEALING ORDER** <br><br> Judge: Daniel J. Calabretta |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A-C and N to Mr. Broadbent's motion to suppress evidence due to personal identifying information that cannot be reasonably redacted be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: September 5, 2023           /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE