**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 2:19-CR-00155 GEB |
| **JASON RAYSEAN BROADBENT,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:   Jason Raysean Broadbent

Detained at   Substance Abuse Treatment Facility and State Prison, Corcoran

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
                        charging detainee with:   Assault on a federal officer with a firearm; and other drug
                        trafficking and firearms crimes

           or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings
           or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                        is currently being served at the detaining facility

***Appearance is necessary as soon as practicable in the Eastern District of California.***

Signature:                          /s/ David W. Spencer

Printed Name & Phone No:            Assistant U.S. Attorney David W. Spencer, 916-554-2700

Attorney of Record for:             United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any federal officer, is hereby ORDERED to produce the named detainee, on October 5, 2023, at 9:00 a.m., for the previously scheduled trial confirmation and motions hearing, and for all subsequent proceedings in the above-captioned case in the Eastern District of California, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   September 27, 2023                    /s/ Daniel J. Calabretta

                                              Honorable Daniel J. Calabretta
                                              U.S. DISTRICT JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) | ☒Male   ☐Female |
| Booking or CDC #: | CDCR No. BF8522 |
| Facility Address: | 900 Quebec Avenue, Corcoran, CA 93212 |
| Facility Phone: | 559-992-7100 |
| Currently | In custody of the State of California |

## RETURN OF SERVICE

Executed on:

(signature)