```
PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON RAYSEAN BROADBENT, <br><br> Defendant. | CASE NO. 2:19-CR-155-DJC <br><br> STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL DISCOVERY (ECF NO. 77) AND TO SET A BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 4, 2018, defendant filed a motion to compel discovery, noticed for hearing on October 18, 2023.  ECF No. 77.

2. The parties have agreed to continue the hearing on defendant's motion to November 9, 2023, before the duty Magistrate Judge, and to set the following briefing schedule:  government's response due on October 27, 2023; defendant's reply due on November 6, 2023.

IT IS SO STIPULATED.

Dated:  October 16, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  October 16, 2023

/s/ MIA CRAGER
MIA CRAGER
JEROME PRICE
Counsel for Defendant
JASON RAYSEAN BROADBENT

## [PROPOSED] ORDER

The hearing on defendant's Motion to Compel Discovery (ECF No. 77) is continued to November 9, 2023, before the duty Magistrate Judge.  The government's response to the Motion is due on October 27, 2023, and defendant's reply, if any, is due on November 6, 2023.

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE