**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>JASON RAYSEAN BROADBENT,<br>    Defendant. | Case No.:  2:19-cr-00155-DJC<br><br>**RELEASE ORDER** |

Having reviewed and considered Defendant's Motion to Return Defendant to State Custody (ECF No. 104) it is hereby ORDERED that Defendant Jason Raysean Broadbent be returned to the custody of the California Department of Corrections and Rehabilitation ("CDCR") until such time as (1) this Court orders his return to federal custody for proceedings in this case or (2) CDCR determines that he is to be paroled or otherwise released from state custody, whichever is earlier.  If Defendant is to be paroled or otherwise released from state custody, the United States Marshal shall return Defendant to federal custody pursuant to the Court's Order of Detention Pending Trial (ECF No. 8).

Dated:  May 9, 2024

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE