HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
JASON BROADBENT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00155-DJC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING |
| vs. | ) ) | |
| JASON BROADBENT | ) ) | Date: September 5, 2024<br>Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Daniel J Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorneys Justin Lee and David Spencer, attorneys for Plaintiff and Federal Defender Heather E. Williams, through Assistant Federal Defender Mia Crager and Megan Hopkins, attorneys for Jason Broadbent, that the trial confirmation hearing, currently scheduled for September 5, 2024, be continued to September 12, 2024 at 9:00 a.m.

This continuance is requested to accommodate the court and parties' availabilities.

/ / /

/ / /

/ / /

                                        Respectfully submitted,

Dated: June 5, 2024                               HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ *Mia Crager*
                                        MIA CRAGER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JASON BROADBENT


Dated:  June 5, 2024                              PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ *Justin Lee*
                                        JUSTIN LEE
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

                                        /s/ *David Spencer*
                                        DAVID SPENCER
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It is further ordered the Trial Confirmation Hearing shall be continued until September 12, 2024, at 9:00 a.m.

Dated:  June 7, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

-3-