# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JASON RAYSEAN BROADBENT,**

    Defendant.

CR NO: 2:19-CR-00155 DJC

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Jason Raysean Broadbent | |
| Detained at | Substance Abuse Treatment Facility and State Prison, Corcoran | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: Assault on a federal officer with a firearm; and other drug trafficking and firearms crimes |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary as soon as practicable in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ David W. Spencer |
| Printed Name & Phone No: | Assistant U.S. Attorney David W. Spencer, 916-554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any federal officer, is hereby ORDERED to produce the named detainee, on September 12, 2024, at 9:00 a.m., for the previously scheduled trial confirmation and motions hearing, and for all subsequent proceedings in the above-captioned case in the Eastern District of California, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: September 5, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) | |
| Booking or CDC #: | CDCR No. BF8522 |
| Facility Address: | 900 Quebec Avenue, Corcoran, CA 93212 |
| Facility Phone: | 559-992-7100 |
| Currently | In custody of the State of California |

☒ Male     ☐ Female

**RETURN OF SERVICE**

Executed on: _____            _____
                                                                    (signature)