HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JASON PAYSEAN BROADBENT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON RAYSEAN BROADBENT, <br><br> Defendant. | Case No. 2:19-cr-00155-DJC <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PSR SCHEDULE** <br><br> Date:   October 23, 2025 <br> Time:   9:00 AM <br> Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through David Spencer, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Jason Raysean Broadbent, that the sentencing hearing currently scheduled for October 23, 2025 at 9:00 a.m. be continued to April 9, 2026 at 9:00 a.m., and that the PSR schedule be modified as follows:

PSR Draft disclosed by February 26, 2026

Informal Objections lodged by March 12, 2026

Final PSR disclosed by March 19, 2026

Formal Objections filed by March 26, 2026

Sentencing Memoranda and Replies to Formal Objections filed by April 2, 2026

Both the parties and the probation officer are in agreement with the proposed modified schedule. This modification is requested to provide additional time for the probation officer to

complete the presentence investigation and prepare the draft Presentence Investigation Report (PSR), and to provide defense counsel sufficient time to re-familiarize herself with the case and all developments which occurred after the Federal Defenders Office was relieved as prior counsel. Defense counsel also requests time to evaluate Mr. Broadbent's concerns regarding ineffective assistance of counsel leading up to his guilty plea, and to determine what, if any measures are necessary to cure any issues with his former counsel's representation before proceeding with sentencing. The requested continuance will afford defense counsel the time needed for the foregoing tasks.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 15, 2025

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
JASON RAYSEAN BROADBENT

Date: October 15, 2025

ERIC GRANT
United States Attorney

/s/ David Spencer
DAVID SPENCER
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  October 16, 2025            /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE