ERIC GRANT
United States Attorney
DAVID W. SPENCER
JUSTIN L. LEE
NICOLE M. VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>                  v.<br><br>JASON RAYSEAN BROADBENT,<br><br>                             Defendant. | CASE NO.  2:19-CR-155-DJC<br><br>STIPULATION TO CONTINUE MOTION HEARING AND SET BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On March 12, 2026, defendant filed a motion to withdraw his plea, noticed for hearing n March 26, 2026.  ECF 179.  The government opposes defendant's motion.

2.      Also on March 12, 2026, defendant ordered the transcript of his July 10, 2025 change of plea hearing.  *See* ECF 178.  The transcript order requests a 14-day turnaround, meaning the transcript will be available on March 26, 2026.  *See id.*

3.      The United States needs a copy of the transcript of defendant's change of plea hearing in order to prepare its opposition to defendant's motion to withdraw his plea.

4.    By this stipulation, the parties request that the Court continue the hearing on defendant's motion to withdraw his plea until April 9, 2026 and set the following briefing schedule:

a)    The United States shall file its opposition by April 2, 2026.

b)    The defendant shall file his reply, if any, by April 6, 2026.

5.    The parties further request that the Court vacate the Judgment& Sentencing Hearing currently scheduled for April 6, 2026.  Defendant has not yet scheduled his presentence investigation interview with Probation.  Therefore, additional time is needed for completion of the PSR.

IT IS SO STIPULATED.

Dated:  March 13, 2026                              ERIC GRANT
                                                    United States Attorney


                                                    /s/ DAVID W. SPENCER
                                                    DAVID W. SPENCER
                                                    Assistant United States Attorney


Dated:  March 13, 2026                              /s/ MEGAN T. HOPKINS
                                                    MEGAN T. HOPKINS
                                                    MIA CRAGER
                                                    Counsel for Defendant
                                                    JASON RAYSEAN BROADBENT


**ORDER**

The hearing on defendant's motion to withdraw his guilty plea (ECF 179) is continued to April 9, 2026.  The briefing schedule on defendant's pending motion is modified as follows: the United States shall file its opposition by April 2, 2026, and the defendant shall file his reply, if any, by April 6, 2026. The Judgment and Sentencing hearing currently scheduled for April 9, 2026, is vacated.


Dated:  March 16, 2026                              /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE