HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
JASON RAYSEAN BROADBENT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    2:19-CR-155-DJC |
| Plaintiff, | STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE |
| vs. | |
| JASON RAYSEAN BROADBENT, | DATE:   May 6, 2026 |
| Defendant. | JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, as follows:

On March 16, 2026, the parties stipulated to continue the hearing on defendant's motion to withdraw until April 9, 2026 and set a briefing schedule setting the government's opposition as due on April 2, 2026, and the defendant's reply as due on April 6, 2026.  On March 17, the Court continued the hearing on its own motion to April 16, 2026 (docket no. 183).

The government filed their opposition on April 2nd (docket no. 185).

///

///

///

///

///

///

The parties now stipulate that the briefing schedule be amended such that defendant's Reply, currently due April 6th, 2026, be due **April 9th, 2026.**

Respectfully submitted,

Dated: April 6, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant

Dated: April 6, 2026

ERIC GRANT
United States Attorney

/s/ *David W. Spencer*
DAVID W. SPENCER
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

**IT IS HEREBY ORDERED** that Defendant's reply, previously set as due April 6, 2026, be due **April 9, 2026.**

Dated:  April 6, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Amend Briefing Schedule

-2-