ERIC GRANT
United States Attorney
DAVID W. SPENCER
JUSTIN L. LEE
NICOLE M. VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-155-DJC |
| Plaintiff, | STIPULATION TO SET EVIDENTIARY HEARING DATE |
| v. | |
| JASON RAYSEAN BROADBENT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     On April 16, 2026, the parties appeared for a hearing on defendant's motion to withdraw his plea (ECF 179).  The Court ordered an evidentiary hearing and directed the parties to meet and confer regarding several issues, including the date for the evidentiary hearing.

2.     The parties request to set the evidentiary hearing for September 15, 2026.  That is the earliest date that works for all parties, the Court, and an essential witness, previous defense counsel Zino Osehobo.

STIPULATION TO SET EVIDENTIARY HEARING DATE

3.      The parties continue to meet and confer regarding the remaining issues directed by the Court and anticipate an additional filing reflecting agreements and/or competing positions on those issues in advance of the evidentiary hearing.

IT IS SO STIPULATED.

Dated:  June 30, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                        /s/ DAVID W. SPENCER
                                                        DAVID W. SPENCER
                                                        Assistant United States Attorney


Dated:  June 30, 2026                                   /s/ MIA CRAGER
                                                        MIA CRAGER
                                                        Counsel for Defendant
                                                        JASON RAYSEAN BROADBENT


## ORDER

The evidentiary hearing on defendant's motion to withdraw his guilty plea (ECF 179) is set for September 15, 2026, at 9:30 a.m.


Dated: 6/30/2026                                        /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE