ERIC GRANT
United States Attorney
DAVID W. SPENCER
JUSTIN L. LEE
NICOLE M. VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASON RAYSEAN BROADBENT,<br>Defendant. | CASE NO. 2:19-CR-155-DJC<br><br>STIPULATION TO CONTINUE EVIDENTIARY HEARING DATE AND SET BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 16, 2026, the parties appeared for a hearing on defendant's motion to withdraw his plea (ECF 179). The Court ordered an evidentiary hearing and directed the parties to meet and confer regarding several issues, including the scope of defendant's waiver of his attorney-client privilege based on his allegations of ineffective assistance of counsel by his previous attorney of record, Mr. Osehobo. The evidentiary was subsequently set for September 15, 2026.

2. While the parties were able to reach agreement on some issues through the meet-and-confer process, they were unable to reach agreement on the scope of the privilege waiver.

3. Accordingly, by this stipulation, the parties request to continue the evidentiary hearing to November 10, 2026.

4. The parties further agree to and request the Court adopt the following briefing and hearing schedule on the scope of the privilege waiver:

a) Government's brief due September 17, 2026

b) Defendant's response brief due September 24, 2026

c) Government's reply brief, if any, due October 1, 2026

d) Non-evidentiary hearing on October 8, 2026

IT IS SO STIPULATED.

Dated: September 9, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: September 9, 2026

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant
JASON RAYSEAN BROADBENT

**ORDER**

The evidentiary hearing on defendant's motion to withdraw his guilty plea (ECF 179) is continued to November 10, 2026, at 9:30 a.m.

A hearing on the scope of defendant's privilege waiver is hereby set for October 8, 2026, at 9:00 a.m. The Court adopts and sets the briefing schedule in the parties' stipulation.

Dated: September 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE